## File Hashes for IP Address 96.255.166.106

**ISP:** Verizon FiOS
**Physical Location:** Springfield, VA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 11/09/2014 16:33:11 | 0CDB9EB253ACB8CBC1179BF47F7F751F894CB9F3 | Summertime |
| 11/06/2014 21:24:37 | 3D4A4BBD2C4AD62229630A7FF78251AD36AFA53C | Sapphically Sexy |
| 10/23/2014 03:15:31 | ADADF6B63240689D42CDFCD29BC1F765D23F1226 | Call Me Fox |
| 10/20/2014 03:44:23 | D898FC60CC5BB48888D36807A73D94E70969DEEA | A Cloudy Hot Day |
| 10/14/2014 04:50:44 | 442C376E4EB4D5BD11EE2C10CF71FC7B253CA247 | Coming Late |
| 10/12/2014 04:10:23 | 209AA26864182D392CDE5256AB22C1F425AFD6E6 | Awe Inspiring Orgy |
| 10/09/2014 04:56:26 | E90F5CB867EDE909D152898BE5D62D119F9825CD | Serving Seduction |
| 10/07/2014 03:11:10 | 10ABD6877DC073D6A8AC3F5C9D6C78820B135A65 | Instant Erotica |
| 10/05/2014 02:31:02 | 78F2126C1A4627F2462BD95D9A5CFB9BA30577B6 | Kacey Jordan Does Xart |
| 10/01/2014 03:48:25 | 957170E4DA93002449D455E16CD72C0C76414A24 | Fucking Goddesses |
| 09/29/2014 03:02:44 | 78C3190DCCA710786BCC4AB94D2499A285FE4F69 | Nice And Slow |
| 09/27/2014 03:46:17 | 8993DFD0089C63C22229C59361D4CB163A8F79A4 | Cat Fight |
| 09/25/2014 05:20:25 | 1390FF0BBB9D66CCE99CEC4F2B1D3404F0E730FA | Sparks |
| 09/23/2014 03:32:07 | 6AC26A3BD70FC8DDE01B542C43C0F2287BE3AE01 | Cum On The Floor |
| 09/21/2014 03:59:54 | 1D7E74C33FAD4573A9D96C1F3EC14CD02445DD02 | Hot Bath For Two |
| 09/21/2014 03:57:32 | 0C485A86BB4EB968F1BDCD9D362FF25C98C72879 | Fun For Three |
| 09/14/2014 03:51:38 | AFAC958FA72FE99979C67EEBECDCFF23FE709D30 | Four Ways |
| 09/13/2014 03:56:31 | 1D4942075E9FE021901D625D5FB780F724FB03C2 | Lisas Hidden Cam |

**Total Statutory Claims Against Defendant: 18**

EXHIBIT A

EVA163